E-FILED 3/29/19

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Young Hee Park** | **CASE NO. 2:18-CV-03810-PSG-AGR** |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| vs. | |
| **Qirong Wang**, an individual; and Does 1-10 inclusive, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Young Hee Park shall have JUDGMENT in her favor in the amount of $12,625.00 against Defendant Qirong Wang.

.

Dated: 3/29/19

**PHILIP S. GUTIERREZ**

Honorable Philip S. Gutierrez
United States District Judge
Central District of California

*Presented by:*
Jong Yun Kim, Esq.
(213) 351-9400
jongkimlaw@hotmail.com
Attorney for Plaintiff

[PROPOSED] JUDGMENT